UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER A. HICKSON,<br>　　　　Plaintiff,<br>　　v.<br>RON BROOMFIELD,<br>　　　　Defendant. | Case No. 23-cv-03233-JSC<br><br>**ORDER OF DISMISSAL** |

　　On August 14, 2023, Petitioner's habeas petition was dismissed for failure to present a claim that is capable of judicial determination or review. (ECF No. 7.) Petitioner was granted 28 days to file an amended petition and cautioned that failure to do so would result in dismissal of this case. (*Id.*) He was given a reminder on October 6, 2023, and the deadline was extended another 14 days. (ECF No. 8.) He has not filed an amended petition or otherwise responded to the Court's orders. This case is accordingly DISMISSED. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).

　　The Clerk shall enter judgment without prejudice and close the file.

　　**IT IS SO ORDERED.**

Dated: December 19, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge